AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JOSE ECHEVERRY ARTEAGA<br><br>_Defendant(s)_ | Case No.<br>22-MJ-8092 (BER) |

FILED BY ___TM___ D.C.

**Mar 14, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 11, 2022** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1)<br>21 USC 846<br>21 USC 952(a)<br>21 USC 963 | Conspiracy to import, possess and distribute a controlled substance, to wit 4-Bromo-2,5-dimethoxyphenethylamine (commonly referred to as 2C-B or Nexus.2C-B) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

_____
Complainant's signature

Special Agent Aisha Rahman, HSI
_Printed name and title_

ATTESTED TO ME BY FACETIME
~~Sworn to before me and signed in my presence.~~
ON MARCH 13, 2022,

Date: _____

_____
Judge's signature

City and state: West Palm Beach, Florida

BRUCE E. REINHART, USMJ
_Printed name and title_

## **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, AISHA RAHMAN, being duly sworn, depose and state as follows:

1. I have been a Special Agent with Homeland Security Investigations since August 2020, and, before joining HSI, I was a law enforcement officer at the Port St. Lucie Police Department in Port St. Lucie, Florida for approximately five-and-a-half years. During my tenure with HSI, I have been assigned to conduct investigations involving illegal drug trafficking and importation of narcotics into the United States and conspiracy to commit same in violation of Title 21, United States Code, Sections 841(a)(1), 846, 952(a) and 963.

2. In connection with these investigations, I have become well-versed in a variety of investigative techniques, including physical and electronic surveillance; the execution of search and arrest warrants; evidence handling; undercover operations; and domestic drug distribution organizations. I have participated in the arrest and subsequent prosecution of numerous drug traffickers and drug users. I have also spoken with informants, suspects, and experienced narcotics investigators on numerous occasions concerning the manner, means, methods, and practices that drug traffickers use to further their drug trafficking organizations ("DTOs") and the most effective methods of investigating and dismantling DTOs.

3. This affidavit is made in support of a criminal complaint charging JOSE ECHEVERRY ARTEAGA with knowingly and willfully conspiring to import and possess with the intent to distribute approximately 200 grams of a controlled substance, to wit; 4-Bromo-2,5-dimethoxyphenethylamine (commonly referred to as 2C-B or Nexus.2C-B), a Schedule I controlled substance in violation of Title 21, United States Code, Sections 841(a)(1), 846, 952(a) and 963. The information contained in this affidavit is based in part on information developed by special agents of HSI other law enforcement personnel.

Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of the criminal complaint, it does not include all facts known to me or to other law enforcement officers regarding this investigation.

## BACKGROUND IN SUPPORT OF PROBABLE CAUSE

4. On March 2, 2022, by U.S. Customs and Border Protection Officers seized a DHL box which contained approximately 200 grams of a substance that field-tested positive for the presence of 4-Bromo-2,5-dimethoxyphenethylamine (commonly referred to as 2C-B or Nexus.2C-B), a Schedule I controlled substance.[1] The box was addresses to a location in West Palm Beach and affixed to the box was waybill number 1285171090 (hereinafter "the Target Package").[2]

---

[1] According to open-source information, 2C-B is a Schedule 1 synthetic psychedelic drug. It is a part of the family of 2C drugs, which belong to a group of designer agents similar in structure to Ecstasy and MDMA. 2C-B became popular in the United States after MDMA became illegal in 1985. The drug is commonly sold in a white or pink powder form and has been described as a cross between MDMA and LSD. According to the Drug Enforcement Agency, 2C-B has become popular in South Florida nightclubs and other social settings and has been commonly produced in Colombia. The common dose for 2C-B is approximately 15 to 25 milligrams. 200 grams of 2C-B is significantly more than the common dose required for personal use, and at the common dose range at 15 to 25 milligrams, that amount would equal 8,000 to 13,333 doses. Therefore, it appears that the amount of 2C-B contained in the Target Package is consistent with distribution weight.

[2] Significantly, when the Target Package was seized, the controlled substances were discovered by Border Patrol Officers secreted inside of the flaps of the top of the box, which appeared to have been slit open and then glued shut after the controlled substances were secreted inside of the flaps. Thereafter, agents applied for, and were granted permission to, install a cellular tracking device in the box in order to execute a controlled delivery. The controlled substances were then removed and replaced with sham-controlled substances. Notably, as the controlled substances were not recovered from in the main part of the box but discovered secreted inside of the flaps of the box, agents utilized two separate trigger devices; one to signal when the box was opened ("Device #1") and the second to signal when the flaps were opened ("Device #2").

5. On March 11, 2022, an HSI Special Agent, acting in an undercover capacity (the "UC"), and wearing a DHL uniform shirt, brought the Target Package to the front door of the residence in West Palm Beach at which the package was addressed. An individual, later identified as the defendant JOSE ECHEVERRY ARTEAGA, approached the UC and the UC asked defendant ARTEAGA if he lived at the residence, to which defendant ARTEAGA replied yes, falsely identifying himself as "Santiago Rivera." The UC then asked defendant ARTEAGA to sign for the Target Package, which defendant ARTEAGA did, and the UC left the location.

6. Defendant ARTEAGA then accessed the Target Package, and Device #1 sent a signal confirming that the package was accessed. A few minutes later, defendant ARTEGA left the West Palm Beach residence, put the Target Package into his car and drove away, followed by HSI agents. Defendant ARTEAGA drove to a residence in Lake Worth, removed the Target Package from his vehicle and brought it inside of the Lake Worth premises. Shortly thereafter, Device #2 sent a signal confirming that the flaps of the Target Package were accessed.

7. Thereafter, agents knocked on the front door of the Lake Worth residence, entered, and ultimately found defendant ARTEAGA hiding in an upstairs bathroom where they observed the Target Package, which was open, and the cardboard flaps accessed and empty.

8. After the West Palm Beach residence was secured, HSI advised ARTEAGA of his Miranda rights which defendant ARTEAGA acknowledged he understood, waived his right to remain silent, and agreed to speak with the agents. ARTEAGA admitted that he had been waiting at the West Palm Beach residence for a DHL package he knew contained 2C-B

3

both produced in, and sent from, Colombia. Finally, defendant ARTEAGE admitted that the Target Package was supposed to be delivered to another individual after it was retrieved from the West Palm Beach residence.

9. Next, agents obtained a search warrant for the Lake Worth residence and in ARTEAGA's bedroom recovered items that were consistent with narcotics manufacturing and distribution; a scale, powdered sugar, food coloring, small baggies, a cooking pot, and a mortar and pestle (a tool used to grind and crush substances). Upon further questioning, ARTEAGA admitted that the items recovered from his room were used in furtherance of trafficking 2C-B.

## **CONCLUSION**

10. Based on the foregoing, I submit that there is probable cause to believe that ARTEAGA conspired to import, possess and distribute a controlled substance, to wit 4-Bromo-2,5-dimethoxyphenethylamine (commonly referred to as 2C-B or Nexus.2C-B), in violation of Title 21 United States Code Sections 841(a)(1), 846, 952(a) and 963.

FURTHER AFFIANT SAYETH NAUGHT.

AISHA RAHMAN, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn and attested to me by Applicant
by FaceTime on this _13_ day of March
2022, in West Palm Beach, Florida, at 10:30 AM
pursuant to Fed. R. Crim. P. 4(d) and 4.1.

THE HONORABLE BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case Number: 22-MJ-8092 (BER)

## BOND RECOMMENDATION

DEFENDANT:  JOSE ECHEVERRY ARTEAGA

**Pretrial Detention**
(Personal Surety)(Corporate Surety) (Cash) (**Pretrial Detention**)

By: *Lara Treinis Gatz*
LARA TREINIS GATZ
ASSISTANT U.S. ATTORNEY

Last Known Address:

What Facility:  Palm Beach County Jail 3228 Gun Club Rd, West Palm Beach, FL 33406

Agent(s):  HIS SA AISHA RAHMAN
(FBI)(SECRET SERVICE)(DEA)(IRS)(ICE)(OTHER)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** JOSE ECHEVERRY ARTEAGA

**Case No:** 22-MJ-8092 (BER)

Conspiracy to Import and Possess with Intent to Distribute - Schedule I Controlled Substance

Title 21, United States Code, Section 841(a)(1), 846, 952(a) and 963.

**\*Max. Penalty:** 20 years' imprisonment, 5 years of supervised release, $1,000,000 fine, $100 special assessment,

\*Refers only to possible term of incarceration, fines, special assessments, does not include possible restitution, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-MJ-8092 (BER)

**UNITED STATES OF AMERICA**

vs.

**JOSE ECHEVERRY ARTEAGA,**

**Defendant.**
_____/

## CRIMINAL COVER SHEET

1. 1. Did this matter originate from a matter pending in the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?
   _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? _____ Yes __X__ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *Lara Treinis Gatz*
Lara Treinis Gatz
Assistant United States Attorney
Southern District of Florida
Court ID No. A5502857
500 S. Australian Avenue – 4th Floor
West Palm Beach, Florida 22401
lara.gatz@usdoj.gov
(561) 209-1069