**UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

**CASE NO. 22-80095-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JOSE ECHEVERRY ARTEAGA,**

    Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart Following Change of Plea Hearing [ECF No. 30]. On October 18, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 27] during which Defendant pled guilty to the Count One of the Information [ECF No. 15] pursuant to a written factual basis and plea agreement [ECF No. 28]. The Government submitted a factual basis for the plea, and Defendant agreed that the Government's proffer was true and correct. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count One of the Information, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count One in the Information [ECF No. 15]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 30] is **AFFIRMED AND ADOPTED**.

2. The guilty plea entered by Defendant Jose Echeverry Arteaga as to Count One of the

CASE NO. 22-80095-CR-CANNON

Information is **ACCEPTED**.

3. Defendant Jose Echeverry Arteaga is adjudicated guilty of Count One of the Information, which charges him with conspiracy to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and 846.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 9th day of November 2022.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record